**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHAEL ARCHER,**

        Petitioner,                          **Case No. 2:04-cv-244
Crim. No. 2:99-cr-035
JUDGE SMITH
Magistrate Judge KING**

       **v.**

**UNITED STATES OF AMERICA,**

        Respondent.

**ORDER**

On April 20, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

       **IT IS SO ORDERED.**

                                                         **s/George C. Smith
George C. Smith, Judge
United States District Court**